# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY P. SMITH,

    Defendant.

Case No. MJ19-217

DETENTION ORDER

<u>Offenses charged</u>:

    Count 1 and 2:    Receipt and Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct in violation of 18 U.S.C. §§ 2252(a)(2), 2252A(a)(5)(B)

<u>Date of Detention Hearing</u>: May 22, 2019

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

<u>REASONS FOR DETENTION</u>

1.     Defendant has stipulated to detention.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained pending transfer to the Northern District of Ohio, shall be committed to the custody of the Attorney General for confinement in a

correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of May, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge